**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | |
| MICHAEL K. O'MALLEY, | ) | Bankruptcy No. 13-10864 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**NOTICE OF ROUTINE MOTION**

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT on the **18th day of April, 2014 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling in his courtroom at the Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, Illinois, and shall then and there move this Court in accordance with the attached SIXTH AND FINAL MOTION OF GOLFWOOD SQUARE, LLC TO EXTEND TIME TO OBJECT TO DISCHSRAGE AND DISCHARGEABILITY, a copy of which is hereby served upon you.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 9013-9(B), the Court may enter the appended proposed order without presentation of the motion in open Court and without a hearing unless a party in interest notifies the presiding judge of an objection to the motion pursuant to Local Rule 9013-9(C).

GOLFWOOD SQUARE, LLC


BY:   ____/s/ Brian M. Graham_____
Attorney for Golfwood Square, LLC

Brian M. Graham (ARDC# 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net

## SERVICE LIST

Jonathan T Brand on behalf of Trustee Brenda Porter Helms, ESQ
jbrand@lakelaw.com, ECF@lakelaw.com

Joseph E Cohen on behalf of Debtor Michael K. O'Malley
jcohen@cohenandkrol.com, jcohenattorney@aol.com;gkrol@cohenandkrol.com

Theresa L Davis on behalf of Creditor SummitBridge Credit Investments IV, LLC
tdavis@reedsmith.com, mjawor@reedsmith.com

Megan A Drefchinski on behalf of Creditor First Midwest Bank
mdrefchinski@collinslaw.com, ktaylor@collinslaw.com

Heather M Giannino on behalf of Creditor Associated Bank, National Association
bankruptcy@hsbattys.com, bankruptcy@hsbattys.com

Brenda Porter Helms, ESQ
brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Michael L Molinaro on behalf of Creditor SummitBridge Credit Investments IV, LLC
mmolinaro@reedsmith.com, mjawor@reedsmith.com

Timothy J Somen on behalf of Creditor Foster Bank
t.somen@mcdillaw.com

William W Thorsness on behalf of Creditor SummitBridge Credit Investments IV, LLC
wthorsness@vedderprice.com, ecfdocket@vedderprice.com

## CERTIFICATE OF SERVICE

Brian M. Graham, an attorney, certifies that he caused the foregoing NOTICE OF ROUTINE MOTION and SIXTH AND FINAL MOTION OF GOLFWOOD SQUARE, LLC TO EXTEND TIME TO OBJECT TO DISCHSRAGE AND DISCHARGEABILITY to be served upon the aforementioned parties of record shown on the Service List via the Court's CM/ECF system on April 11, 2014.

BY:  /s/ Brian M. Graham
Attorney for Golfwood Square, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | |
| MICHAEL K. O'MALLEY, | ) | Bankruptcy No. 13-10864 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**SIXTH AND FINAL ROUTINE MOTION OF GOLFWOOD SQUARE, LLC TO
EXTEND TIME TO OBJECT TO DISCHARGE AND DISCHARGEABILITY**

Golfwood Square, LLC ("Golfwood"), by and through its attorneys, moves this Court for the entry of an order pursuant to Fed. R. Bankr. P. 4004 and 4007, granting Golfwood a short, further extension of time to file a complaint objecting to discharge or dischargeability. In support of its motion, Golfwood respectfully represents as follows:

1. On March 19, 2013, the above captioned Debtor filed a petition for relief under chapter 7 of the Bankruptcy Code.

2. Brenda Porter Helms has been appointed as trustee of the Debtor's estate (the "Trustee").

3. Golfwood is a significant creditor of the Debtor's estate, scheduled by the Debtor as holding an undisputed claim in an amount no less than $915,000.

4. The meeting of creditors pursuant to section 341 of the Bankruptcy Code was commenced, but not completed, on April 23, 2013. A continued 341 meeting was conducted on or about June 5, 2013. Another continued 341 meeting was conducted on November 20, 2013.

5. The 341 meeting had been continued to February 13, 2014 to give the Debtor time to produce additional documents, to allow parties in interest to review the documents and allow the parties to prepare for the continued 341 meeting.

4

However, that meeting was continued *sine die*, as the Trustee and other parties discussed options on how to proceed with the investigation of the Debtor and its financial affairs.

6. On February 22, 2014, the Trustee filed an initial report of assets in this case. However, about a month later, on March 24, 2014, the Trustee filed a no asset in this case.

7. By previous orders of the Court, the last day for Golfwood to file an objection to the Debtors' discharge or dischargeability of a debt is currently April 11, 2014.

8. On April 10, 2014, another creditor in the case, SummitBridge Credit Investments IV, LLC ("SummitBridge"), filed a timely complaint objecting to the dischargeability of the debt owed to SummitBridge by the Debtor, as well as to the Debtor receiving a discharge, pursuant to 11 U.S.C. §§ 523 and 727.

9. Golfwood has also decided to file a nondischargeability action in this case, but due to counsel's scheduling issues and the fact that the principal Golfwood person handling this matter is currently out of the country, Golfwood is hereby requesting a final, short two week extension of its time to file its nondischargeability action.

10. Upon motion of any party in interest, the Court may extend the time to file a complaint objecting to discharge or objecting to the dischargeability of a debt. Fed. R. Bank P. 4004(b) and 4007(c).

11. This short extension of time requested herein will not prejudice the Debtor – the SummitBridge nondischargeability action which has just been filed will already delay for some time the Debtor receiving a discharge. On the other hand, Golfwood would be greatly prejudiced if this additional short extension requested herein is

not granted to give Golfwood and its counsel time to confer and properly prepare its nondischargeability complaint. Accordingly, Golfwood believes that the additional short extension of time it is requesting by this motion is warranted. Golfwood does not plan on seeking any further time to file its nondischargeability complaint.

12. Notice of this motion has been provided to the Debtor's counsel, counsel to the U.S. Trustee, the Trustee and all parties requesting notice in this case. Golfwood requests that notice of this motion be limited and shortened, if necessary, to the notice thus provided.

WHEREFORE, Golfwood respectfully requests this Honorable Court to enter an Order pursuant to Fed. R. Bankr. P. 4004 and 4007 granting Golfwood an extension of time to file a complaint objecting to discharge or dischargeability through and including April 25, 2014 and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

GOLFWOOD SQUARE, LLC


BY:     /s/ Brian M. Graham
        Attorney for Golfwood Square, LLC

Brian M. Graham (ARDC# 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net